Last Will and Testament of MARY A. WATTS, Deceased, Respondent. HARRY H. SMITH and Others, Appellants.— Motion to dismiss appeals denied. Case ordered placed at the foot of May term calendar. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BENJAMIN H. KNOTHE, Respondent, v. PETER BOUNACOS, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JAMES MERCOGLIANO, an Infant, by LOUIS MERCOGLIANO, His Guardian ad Litem, Amended to Read ANTONIO MERCOGLIANO, His Guardian ad Litem, Appellant, v. PETER F. CONNOLLY COMPANY, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ESTHER PITE, Appellant, v. ALLIED REALTY CLEARING HOUSE, INC., and Others, Respondents. LADEN BUILDING CORPORATION and Others, Defendants. (Three Actions.) NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. TILO ROOFING COMPANY, INC., Respondent. PARK MERCANTILE COMPANY, INC., and Others, Appellants; LADEN BUILDING CORPORATION and Others, Defendants. (One Action.) — Motion to dismiss appeals denied upon condition that the appeals be placed at the foot of the May calendar and that appellants be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET COOGAN, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE DEUTSCH, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JAMES RAFFA, Respondent, v. CLEMENTE RAFFA and Others, Appellants, Respondents; HOWARD B. CORTRIGHT and Another, etc., Respondents, Appellants, and ANTHONY PAINO, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ISAAC WORTH, Appellant, v. R. J. MACHER REALTY CORPORATION, Defendant. ROBERT J. MACHER and JOSEPH KAPLAN, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ISAAC WORTH, Appellant, v. R. J. MACHER REALTY CORPORATION, Defendant. ROBERT J. MACHER and JOSEPH KAPLAN, Respondents.— Motion to compel respondents to accept case on appeal as now printed denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

FRANCIS M. COSTELLO, Respondent, v. JOHN MICHAELS, Appellant.— On argument, appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.